**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 23-MJ-227** |
| | : | |
| **v.** | : | |
| | : | |
| **ABRAHAM TEKLU LEMMA** | : | |
| | : | |
| **Defendant.** | : | **UNDER SEAL** |

**REPLY TO DEFENDANT'S OPPOSITION TO MOTION TO UNSEAL**

The United States of America respectfully replies to the defendant's Opposition to the Government's Motion to Unseal.  This pleading is filed under seal because the entire matter is presently under seal; the government does not oppose unsealing of this pleading should this motion be granted.  The government responds as follows:

First, in opposition to the Government's Motion to Unseal, the defense indicated it had concerns that the defendant's family in the Relevant Country may be threatened if the case is unsealed.  The Government does not agree that any such concerns should prevent the requested unsealing (nor did any such concerns impact the Government's decision not to seek an unsealing earlier in these proceedings).  The defense pleading did not provide any specific claims of danger or evidence of threats.  And even if it had, there is no basis to seal criminal proceedings simply because a defendant is concerned about the public learning of his alleged criminal conduct.

Second, the United States does not object to keeping the defendant's opposition to the Motion to Unseal under seal (even if the Motion is granted) for the reasons identified in the defendant's filing.

Third, should the Court wish to have a hearing on the Motion to Unseal, the government is available for a hearing on September 13th and 14th.

Respectfully submitted,

**MATTHEW M. GRAVES**
**U.S. ATTORNEY**
**D.C. BAR NO. 481052**

Date: September 7, 2023

By:  /s/ Tejpal Chawla
TEJPAL CHAWLA
D.C. Bar Number 464012
ALEXANDRA HUGHES
D.C. Bar 1531596
Assistant United States Attorneys
National Security Section
601 D Street NW, 5th Floor
Washington, D.C. 20530
202-252-7280 (Chawla)
202-252-7793 (Hughes)
Tejpal.Chawla@usdoj.gov
Alexandra.Hughes@usdoj.gov


HEATHER M. SCHMIDT
D.C. Bar Number 496325
KATHRYN DEMARCO
FL Bar Number 0100210
Trial Attorneys
U.S. Department of Justice
National Security Division
Counterintelligence and Export
Control Section
950 Pennsylvania Ave. NW
Washington, D.C. 20950
202-233-2132 (Schmidt)
202-616-2612 (DeMarco)
Heather.Schmidt@usdoj.gov
Kathryn.DeMarco@usdoj.gov