| | |
|---|---|
| **From:** | Chawla, Tejpal (USADC) |
| **To:** | Harvey_Criminal@dcd.uscourts.gov; Faruqui Criminal |
| **Cc:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Schmidt, Heather (NSD); DeMarco, Kathryn (NSD); Elizabeth Mullin; Petras, Mary (FD); Hughes, Alexandra (USADC) |
| **Subject:** | RE: 23-mj-227, Lemma |
| **Date:** | Monday, September 11, 2023 5:20:00 PM |

Please be advised that the government has learned that the New York Times is reporting on the Lemma matter.   https://www.nytimes.com/2023/09/11/us/politics/ethiopia-leak-classified.html

We understand the matter remains under seal, and that the government's motion to unseal has been fully briefed (but we are unsure which Judge has the matter).

Tejpal S. Chawla
Assistant United States Attorney
National Security Section
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
202-252-7280 (direct dial)
202-252-6711 (fax)

**From:** Chawla, Tejpal (USADC)

[redacted]

