UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Crim. No. 23-MJ-227 |
| | : | |
| v. | : | |
| | : | |
| **ABRAHAM TEKLU LEMMA** | : | |
| | : | |
| Defendant. | : | |

## ORDER

Based upon the representations in the Unopposed Motion to Continue Hearing and to Exclude Time Under the Speedy Trial Act, and upon consideration of the entire record,

The Court also finds, at this time, that no compelling government interest exists sufficient to bar the public right of access to these materials.

It is, therefore, this  25th  day of September 2023,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the currently scheduled hearing on September 21, 2023, be continued to October  11 , 2023 at  3pm ; and

IT IS FURTHER ORDERED that the time between September 21, 2023, and October  11 , 2023, shall be excluded from calculation under the Speedy Trial Act for all purposes, *see* 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by the granting of such a continuance outweighs the best interests of the public and the defendant in a speedy trial, as a continuance will provide the parties additional time to continue negotiating a potential pretrial resolution; and

IT IS FURTHER ORDERED that the that the motion to unseal is hereby GRANTED, and that the case against Abraham Teklu Lemma is unsealed, including the Complaint, Arrest Warrant, related documents be unsealed (redacted for personal identifying information as

necessary), by that the Defendant's Response to Government's Motion to Unseal shall remain under seal until further Order of this Court;

IT IS FURTHER ORDERED that all future proceedings in this matter shall be public absent further Order of this Court; and

IT IS FURTHER ORDERED that any motions to unseal and this Order be placed on the public docket after the matter is unsealed.

---

HON. ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE