UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.               :         Case No. 23-mj-227

ABRAHAM TEKLU LEMMA    :

**MOTION TO CONTINUE DETENTION HEARING, TO EXCLUDE
TIME UNDER THE SPEEDY TRIAL ACT, AND TO RECOMMEND TRANSFER**

    Mr. Abraham Teklu Lemma, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the hearing scheduled for October 11, 2023 to November 15, 2023, and to exclude the time between October 11, 2023 and the next scheduled date from the calculations under the Speedy Trial Act, 18 U.S.C. § 3161. In support of this motion, counsel submits the following.

    1. Mr. Lemma is charged with violations of 18 U.S.C. §§ 793(e), 794(a), and 794(c).

    2. Mr. Lemma was hospitalized following his arrest due to a hypertensive event. After several days he was released and taken to the Central Treatment Facility. There, his condition was monitored closely, and he received medication to control his high blood pressure. Several days later, he was transferred to the Central Detention Facility (D.C. Jail), where he continues to be held. At the D.C. Jail, he did not receive his blood pressure medication for several days. Although he has since received his medication, he has had several incidents when he lost consciousness which he believes were related to his high blood pressure, and his condition has not been closely monitored. For these reasons, he asks that the Court recommend that the U.S. Marshal and D.C. Department of Corrections transfer him back to the Central Treatment Facility. The government defers to the Court as to this request.

3. The government has begun to produce discovery in this matter, and Mr. Lemma continues to review this information with his counsel and discuss how best to proceed with this matter. Mr. Lemma and his counsel need additional time to do so.

4. The Government's pending motion for pretrial detention tolls the time under the Speedy Trial Act, and Mr. Lemma submits that a continuance is in the interests of justice and that the need to continue outweighs the interests of the public and the defendant in a speedy trial.

5. The government does not oppose this request for a continuance and agrees that the time between October 11, 2023 and the next scheduled date should be excluded from calculations under the Speedy Trial Act.

WHEREFORE, for the foregoing reasons, Mr. Lemma respectfully requests that the court continue the detention hearing from October 11, 2023 to November 15, 2023, exclude the time between those dates from the calculations under the Speedy Trial Act, and recommend transfer to CTF.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MARY MANNING PETRAS
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202) 208-7500