UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CRIMINAL NO. 23-MJ-227** |
| v. | : | |
| | : | |
| **ABRAHAM TEKLU LEMMA,** | : | **Hearing Date: 12/15/2023** |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION TO CONTINUE STATUS CONFERENCE

For the reasons stated below, the parties jointly request the Court continue the December 15, 2023, status conference in this case.

Mr. Lemma is charged by Complaint with violations of 18 U.S.C. §§ 793(e), 794(a), and 794(c), and he has waived his detention hearing and preliminary hearing. Since Mr. Lemma's arrest and initial appearance on August 24, 2023, the parties have continued to engage in pretrial discovery. The government has sought for and obtained Protective Orders from this Court regarding the handling of classified and unclassified material, and the government has produced significant unclassified and classified material to the defense. This includes a production of several hundred of pages of unclassified discovery on December 8, 2023. The classified material in this matter is also voluminous, and the government is compiling the transfer of a voluminous set of classified materials to the defense that contains several terabytes of data in the coming days. Review of this material is also necessary to facilitate and complete ongoing plea negotiations.

As this Court is aware, the process of producing and reviewing classified discovery is complicated and can be time consuming, as it requires further coordination with the Classified Information Security Officer. The government has previously indicated that it believes this matter is a complex case under 18 U.S.C. § 3161(h)(7)(B)(ii).

As the government requires additional time for the production of classified discovery material, and the defense needs time to review the additional discovery and to advise the defendant regarding a possible disposition in this case, the parties respectfully request the Court continue this matter to date for a period of at least 45 days to a date convenient to the Court (a date after January

30, 2024).

      To that end, both parties request that the period of time between December 15, 2023 and the next date set by the Court, continue to be excluded under the Speedy Trial Act for all purposes, pursuant to Title 18, United States Code, section 3161(h)(1)(D) and 3161 (h)(7)(A). Time has already been excluded under the Speedy Trial Act from at least September 1, 2023 until December 15, 2023.   Excluding the additional time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue to review the significant classified material in this case, and continue pre-trial discussions regarding a possible disposition in the matter.   The defendant, Mr. Lemma, has consented to this exclusion of time under the Speedy Trial Act.

      WHEREFORE, for the reasons stated above, the parties jointly request that the Court grant this joint motion for a continuance and continued tolling under the Speedy Trial Act.

Respectfully submitted,

**MATTHEW M. GRAVES**
**U.S. ATTORNEY**
**D.C. BAR NO. 481052**

By:_____/S/_____
TEJPAL CHAWLA
D.C. Bar Number 464012
ALEXANDRA HUGHES
D.C. Bar 1531596
Assistant United States Attorneys
National Security Section
601 D Street NW, 5th Floor
Washington, D.C. 20530
202-252-7280 (Chawla)
202-252-7793 (Hughes)
Tejpal.Chawla@usdoj.gov
Alexandra.Hughes@usdoj.gov

HEATHER M. SCHMIDT
D.C. Bar Number 496325
KATHRYN DEMARCO
FL Bar Number 0100210
Trial Attorneys
U.S. Department of Justice
National Security Division
Counterintelligence and Export Control Section
950 Pennsylvania Ave. NW Washington, D.C. 20950
202-233-2132 (Schmidt)
202-616-2612 (DeMarco)
Heather.Schmidt@usdoj.gov
Kathryn.DeMarco@usdoj.gov

**A.J. KRAMER**
**FEDERAL PUBLIC DEFENDER**

_____/S/_____
MARY MANNING PETRAS
ELIZABETH MULLIN
Assistant Federal Public Defenders
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500