UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 23-MJ-227 |
| v.   : | |
| : | |
| ABRAHAM TEKLU LEMMA, : | |
| : | |
| **Defendant.**   : | |

## STATUS REPORT

Defendant Abraham Lemma, through undersigned counsel, respectfully submit this status report. At the request of the parties, the Court vacated the status hearing scheduled for July 8, 2024.

Mr. Lemma is charged by Complaint with violations of 18 U.S.C. §§ 793(e), 794(a), and 794(c), and he has waived his detention hearing and preliminary hearing. Since Mr. Lemma's arrest and initial appearance on August 24, 2023, the parties have continued to engage in pretrial discovery.

On May 7, 2024, Mr. Lemma obtained new counsel. His new counsel requires additional time to review the voluminous discovery produced by the government and otherwise become familiar with this matter. Only after that process has taken place can new defense counsel advise Mr. Lemma regarding a possible disposition in this case. The parties respectfully request the Court set this matter for a status hearing on September 16, 2024.

To that end, both parties request that the period of time between now and the next date set by the Court, continue to be excluded under the Speedy Trial Act for all purposes, pursuant to Title 18, United States Code, section 3161(h)(1)(D) and 3161 (h)(7)(A). Time has already been excluded under the Speedy Trial Act from at least September 1, 2023. Excluding the additional time will best serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial, because it will allow the government and defense counsel to continue to review the significant classified material in this case, and continue pre-trial discussions regarding a possible disposition in the matter. The defendant, Mr. Lemma, has consented to this

exclusion of time under the Speedy Trial Act.

        Respectfully submitted,


        <u>/s/ Marc Eisenstein</u>
        Marc Eisenstein  (DC Bar No. 1007208)
        Coburn Greenbaum & Eisenstein, PLLC
        1710 Rhode Island Avenue, N.W.
        Second Floor
        Washington, DC 20036
        Phone: (703) 963-7164
        Fax: (866) 561-9712

        marc@coburngreenbaum.com

        *Counsel to Defendant*